UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY,

                 Plaintiff,                JUDGMENT

v.

                                              19-CV-3374 (LDH) (MMH)

STERLING INSURANCE COMPANY,

                 Defendant.
---------------------------------------------------------------X

        An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on May 30, 2023, granting the motion for declaratory judgment; and dismissing this case; it is

        ORDERED and ADJUDGED that the motion for a declaratory judgment is granted; that for the reasons set forth in this Court's September 29, 2022 Memorandum and Order, Defendant has no duty to defend; and that this case is dismissed.

Dated: Brooklyn, New York                                       Brenna B. Mahoney
       September 6, 2023                                           Clerk of Court

                                                             By:    */s/Jalitza Poveda*
                                                                      Deputy Clerk